IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**ALLAN PETERSEN,**

    **Plaintiff,**

v.                            Civil Action No. 5:07cv53
                                 (Judge Stamp)

**R. TRYBUS;**
**N. JUNKINS;**
**ERIC ELZA;**
**MALLORY, Unicor Supervisor;**
**KOVCEK,**

    **Defendants.**

## ORDER DENYING MOTION TO AMEND

On April 25, 2007, the *pro se* plaintiff, Allan Peterson, a federal inmate, filed a Bivens action. On May 23, 2007, he filed a Motion requesting leave to amend the complaint. By order dated November 15, 2007, that Motion was granted as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

On June 13, 2007, the plaintiff filed a subsequent Motion requesting leave to amend the complaint. Upon review, it is identical to the Motion requesting leave to amend previously granted.

Therefore , the plaintiff's Motion to Amend (Doc.12) is **DENIED** as moot.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the plaintiff at his last known address

as reflected on the docket sheet.

DATED: November 16, 2007

 /s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE